Turnpike Co. v. Lancaster Co., 71 Pa. 442), accounting for the collateral according to law.

The order appealed from is reversed and the record is returned for modification, costs of the appeal to be paid out of the proceeds of the collateral if sufficient, and, if not, out of other funds for distribution.

Hartje's Estate.

Argued October 10, 1935. Before FRAZER, C. J., KEPHART, SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.

78

*Gifford K. Wright,* of *Alter, Wright & Barron,* and *James K. Ruby,* for appellant.

*Albert C. Hirsch,* with him *John M. Freeman,* of *Watson & Freeman,* for appellee.

PER CURIAM, November 25, 1935:

The decree is affirmed on the opinion of Judge MITCH-ELL for the court in banc.

## Wohleber's Estate.

Argued October 14, 1935. Before FRAZER, C. J., KEP-HART, SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.